UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOHN R. WILLEN                                                                                    PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:04CV-116-S

NORFOLK SOUTHERN
RAILWAY COMPANY                              DEFENDANT AND THIRD-PARTY PLAINTIFF

v.

ANSON INDUSTRIES, INC.
JAGGERS EQUIPMENT COMPANY, and
ANSON INDUSTRIES, LLC                                            THIRD-PARTY DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This matter is before the court on the motion of Norfolk Southern Railway Company to correct or modify the court's order dismissing Norfolk Southern Railway Company's third-party complaint against Jaggers Equipment Company with prejudice.

On April 22, 2007, Norfolk Southern Railway Company moved to dismiss its third-party claims against Jaggers Equipment Company. On April 26, 2007, Jaggers Equipment Company responded, indicating that it had no objection to the third-party complaint being dismissed, but requested that the dismissal be with prejudice.

On May 25, 2007, the court granted Norfolk Southern Railway Company's motion, but dismissed its third-party claims against Jaggers Equipment Company with prejudice. The dismissal with prejudice was granted because it appeared to the court that, despite the lengthy time this matter

- 2 -

has been in litigation, Norfolk Southern Railway Company was unable to prove that Jaggers Equipment Company manufactured the locomotive seat tripod which allegedly collapsed and caused the plaintiff's injuries.  Jaggers Equipment Company has been a party to this litigation since December 23, 2005, when the court permitted Norfolk Southern Railway Company to file a third-party complaint.  It appeared to the court that, since Norfolk Southern Railway Company had been unable to prove its claims against Jaggers Equipment Company in the ample amount of time allotted, it would be unfair to expose Jaggers Equipment Company to another lawsuit later on.  Hence, the court determined to dismiss the claims against Jaggers Equipment Company with prejudice.

Norfolk Southern Railway Company has now brought to the court's attention the case of *United States v. One Tract of Real Property, etc.*, 95 F.3d 422 (6th Cir. 1996), which requires that we give the third-party plaintiff notice of our intention to dismiss with prejudice, an opportunity to be heard, and an opportunity to withdraw the request for voluntary dismissal.

This court did not follow that procedure, and accordingly this court's order of May 25, 2007, DN 144, is hereby **WITHDRAWN AND SET ASIDE**.

In its stead, the attached order has been entered dismissing without prejudice.

The matter of attorney fees, expenses, and costs incurred by Jaggers Equipment Company will be reserved in connection with its motions for sanctions against Norfolk Southern Railway Company and its counsel.

    **IT IS SO ORDERED** this

cc:    Counsel of Record